IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENISE MONARQUE, As Personal Representative
Of The Estate of RICHARD MONARQUE, Deceased,

      Plaintiff,

vs.                                                        CIV 11-0135 MV/KBM

THE CITY OF RIO RANCHO, RIO RANCHO POLICE
DEPARTMENT, JUSTIN GARCIA, LEROY MALDONADO,
MONTE JONES, and ROBERT BOONE,

      Defendants.

## ORDER APPOINTING DENISE MONARQUE AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARD MONARQUE

THIS MATTER HAVING COME BEFORE THE COURT on Plaintiff's Motion for Appointment of Denise Monarque as the Personal Representative of the Estate of Richard Monarque.  Doc. 4-1, pgs. 4 & 5.  Defendants oppose the appointment of Denise Monarque as personal representative.  Doc. 3, at pgs. 1-2.

THE COURT, after considering the relevant facts and law submitted by the parties (*see* Docs. 3, 4-1, 8, 32, 70, 72, 75, 76, & 79), and after a hearing held before this Court on April 4, 2013, HEREBY FINDS AND ORDERS:

Plaintiff Denise Monarque is hereby appointed as the personal representative of the estate of Richard Monarque for purposes of the claims alleged in the present proceedings. Under the New Mexico Wrongful Death Act (NMSA 1978, § 41-2-1, *et seq*.), federal common law, or perhaps under both, Denise Monarque is the appropriate person to serve as the personal representative of the estate of Richard Monarque, her deceased brother.

IT IS THEREFORE ORDERED.

_____
THE HONORABLE KAREN B. MOLZEN
UNITED STATES CHIEF MAGISTRATE JUDGE

**SUBMITTED BY:**

ROTHSTEIN, DONATELLI, HUGHES,
DAHLSTROM, SCHOENBURG & BIENVENU, LLP

/s/ Brendan K. Egan 4.5.2013
CAROLYN M. "CAMMIE" NICHOLS
BRENDAN K. EGAN
500 4th St., NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443

JASON M. ALARID
1412 6th St NW
Albuquerque, NM 87102-1342
(505) 247-9500

*Attorneys for Plaintiff*


**APPROVED AS TO FORM:**

LAW OFFICES OF JAMES P. LYLE, P.C.

Telephonically approved 4.5.2013
JAMES P. LYLE
1116 2nd Street NW
Albuquerque, NM 87102

*Attorney for Defendants City of Rio Rancho, Justin
Garcia, Leroy Maldonado, Monte Jones and Robert Boone*