IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENISE MONARQUE, As Personal Representative
Of The Estate of RICHARD MONARQUE, Deceased,

Plaintiff,

vs.                                                    Cause No. CV-2011-0135MV/KBM

THE CITY OF RIO RANCHO, RIO RANCHO POLICE
DEPARTMENT, JUSTIN GARCIA, LEROY MALDONADO,
MONTE JONES,

Defendants.

### STIPULATED ORDER DISMISSING DEFENDANTS JUSTIN GARCIA, LEROY MALDONADO AND MONTE JONES

THIS MATTER Comes before the Court upon an unopposed motion of the parties

stipulating to dismissal of Defendants Justin Garcia, Leroy Maldonado and Monte Jones.   The

Court, being advised in the matter and noting the stipulation of the parties,

HEREBY ORDERS that all claims against Defendants Garcia, Maldonado and Jones are

hereby DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ Brendan K. Egan            12-19-13            
Brendan Egan, Esquire
*Counsel for Plaintiff As Personal Rep. Of The*
*Estate of Richard Monarque*

/s/ James P. Lyle                                        
James P. Lyle, Esquire
*Counsel for Defendants*