IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENISE MONARQUE, As Personal Representative
Of The Estate of RICHARD MONARQUE, Deceased,

                      Plaintiff,

vs.                                          Cause No. CV-2011-0135 KG/KBM

THE CITY OF RIO RANCHO, RIO RANCHO POLICE
DEPARTMENT, JUSTIN GARCIA, LEROY MALDONADO,
MONTE JONES, AND ROBERT BOONE,

                      Defendants.

### STIPULATED ORDER DISMISSING DEFENDANT ROBERT BOONE

THIS MATTER Comes before the Court upon an unopposed motion of the parties stipulating to dismissal of Defendant Robert Boone from this cause. The Court, being advised in the matter and noting the stipulation of the parties,

HEREBY ORDERS that all claims against Defendant Robert Boone are hereby DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ Cammie Nichols, Esq.     02-25-14
Brendan Egan, Esquire
*Counsel for Plaintiff As Personal Rep. Of The Estate of Richard Monarque*

/s/ James P. Lyle
James P. Lyle, Esquire
*Counsel for Defendants*