IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENISE MONARQUE, As Personal Representative
Of The Estate of RICHARD MONARQUE, Deceased,

                Plaintiff,

vs.

                              Cause No. CV-2011-0135 KG/KBM

THE CITY OF RIO RANCHO and RIO RANCHO POLICE
DEPARTMENT,
                Defendants.

## STIPULATED ORDER DISMISSING DEFENDANTS

THIS MATTER Comes before the Court upon an unopposed motion of the parties stipulating to dismissal of Defendants City of Rio Rancho and the Rio Rancho Police Department. The Court, being advised that all claims and issues between the parties have now been resolved in the matter and noting the stipulation of the parties,

HEREBY ORDERS that all claims against Defendants City of Rio Rancho and the Rio Rancho Police Department are hereby DISMISSED with prejudice. The parties will bear their own costs and attorney fees herein.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

APPROVED:

/s/    Brendan Egan, Esquire
Brendan Egan, Esquire
*Counsel for Plaintiff As Personal Rep. Of The*
*Estate of Richard Monarque*

/s/ James P. Lyle, Esquire
James P. Lyle, Esquire
*Counsel for Defendants*